IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00340-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LESTER FRANCISCO OBANDO,
a/k/a "Smiley",

      Defendant.

---

### ORDER TO RESET SENTENCING

---

This matter is before the Court *sua sponte*.  It is hereby

ORDERED that the sentencing in this matter set for January 6, 2006 at <u>9:00 a.m.</u>

is reset to January 6, 2006 **at 9:30 a.m.**

      DATED: January 3, 2006

                        BY THE COURT:


                        *s/ Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge